UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR, C.A. NO. 06-138S

V.

RICHARD TAMBURINI, et al.

AUGUST 15, 2006

PLAINTIFF'S RESPONCE TO SHOW CAUSE ORDER

On August 11, 2006 plaintiff recieved notice from this Court to Show cause order dated: August 9, 2006 to put in writing why this matter should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint.

1. On march 1, 2006 I wrote a letter to this Court's clerk's office asking if I could file this matter in Rhode Island or Connecticut, I also sent a letter to the U.S. Court's clerk in Connecticut.

2. ON March 29, 2006 I recieved a memorandum and order my application to proceed in forma pauperis was granted. I have not recieved any other instructions or responces to my May 3, 2006 June 8, 2006 July 3, 2006 and August 2, 2006.

3. I did not even recieve a reciept of the $150.00 that was sent to this court as payment for this matter,

4. I did not recieve a order that was issued by this Court to order complaint to be Served by the U.S. Marshal.

5. On May 2, 2006 I wrote a letter to this Court asking if I could have this matter transfered to Connecticut, and if I withdraw my complaint before the Court orders it Served would I still be responsible to pay $250.00.

6. This Court Sent a letter dated May 8, 2006 See Attached. I never recieved any orders entered by this court on April 14, 2006 as Stated in May 8, 2006 letter.

7. Upon request from this Court to New Haven Correctional Center to the mailroom a copy of my legal mail log Incoming mail can be obtained as proof that I did not recieve any other notices, Letters, etc, from this Court other than On march 29, 06 May 8, 06 and 8/9/06,

For the following reason (S) Stated herein I am asking that this matter not be dismissed and ordered Served,

By [signature]

ERIC J. Stiggle, Sr.
245 Whalley Ave
New Haven, Ct.
06511

CC:
File
Enclosures