UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

V.

~~August~~ September 7, 2006

RICHARD TAMBURINI, ETAL

C.A. NO: 06-138S

# MOTION TO TRANSFER

The plaintiff respectfully moves this Court seeking an Order to transfer this matter to the United States District Court, District of Connecticut at New Haven for the following reason(s):

1. Plaintiff is from Connecticut and resides in New Haven, upon his release from custody he will not be able to appear in Rhode Island for any Court appearances.

WHEREFORE: Plaintiff request that his motion be granted

By [signature]

ERIC J. STIGGLE, SR
245 Whalley Ave
New Haven, Ct.
06511

# CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid to all named Defendant's on this 7th day of ~~August~~ September, 2006

By ____________

ERIC J. STIGGLE, SR
245 Whalley Ave
New Haven, Ct. 06511

Defendant have not been served complaint a copy of this motion has been mailed to all named Defendants of record.