UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC J. STIGGLE, SR. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-138S |
| RICHARD TAMBURINI, ET AL. | ) |
| Defendants. | ) |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on September 5, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). This Court's Order to Show Cause is discharged and the plaintiff has an additional sixty days to effect service. Failure to serve the defendants in the additional time allowed will result in dismissal of this action.

By Order,

_____
Deputy Clerk

ENTER:

/s/ William E. Smith

_____
William E. Smith
United States District Judge

Date: