UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
(Plaintiff)

C.A, 06-138 S.

VS.

RICHARD TAMBURINI, ET AL.

PLAINTIFF'S MOTION TO AMEND

Plaintiff respectfully moves this Court asking that he be allowed to amend his complaint. The Town Of Johnston is added to Complaint as a defendant In this matter.

the Town of Johnston employs all defendants except for Defendant Stephen Peltier and is being sued for $ 250,000.

The U.S. Marshal has not made service to date a copy of the writ/complaint will be served on this defendant.

By E. J. Stiggle

ERIC J. Stiggle, Sr.
245 Whalley Ave
New Haven, Ct.
06511

UNITED STATES DISTRICT COURT
DISTRICT OF ~~CONNECTICUT~~ RHODE ISLAND

ERIC J. STIGGLE, SR. JURY TRIAL DEMANDED

V.

RICHARD TAMBURINI,

William DEMERS, THOMAS DWYER,

JARED DEANGELIS, DANIEL PARRILLO,
Stephen PELTIER, COLUCCI.

This is a civil rights action filed by Eric J. Stiggle, Sr. A State Prisoner, for damages and insunctive relief under 42 U.S.C. § 1983, alleging excessive use of force and denial of medical care in violation of the Eight Amendment to the United States Constitution. The Plaintiff alleges the tort of assult and battery and negligence.

JURISDICTION

1. This Court has surisdiction over the Plaintiff's claims of Violation of his Constitutional Rights under 42 U.S.C. 1331(a) and 1343.

2. This Court has supplemental jurisdiction over the Plaintiff's State law tort claims under 28 U.S.C. 1367.

PARTIES

3. The Plaintiff, Eric J. Stiggle, Sr is currently incarcerated at New Haven Correctional Center, 245 Whalley Ave, New Haven, Connecticut 06511. During the events described in this Complaint, lived in the State of Rhode Island.

4. Defendant Richard Tamburini is the Chief of police for the Johnston Police Department 1651 Atwood Ave, Johnston, RI 02919.

5. Defendant William Demers is a police officer for the Town of Johnston, Rhode Island, whose address is 1651 Atwood Ave, Johnston, RI 02919.

6. Defendant Thomas DWYER is a police officer for the Town of Johnston, RI, Whose address is 1651 Atwood Ave, Johnston Rhode Island -02919.

7. Defendant Jared Deangelis is a police officer for the Town of Johnston, whose address is 1651 Atwood, Ave Johnston Rhode Island. 02919.

8. Defendant Daniel Parrillo is a Police Sergeant for the Town of Johnston, whose address is 1651 Atwood Ave, Johnston, Rhode Island.

9. Defendant Stephen Peltier is a Justice of the Peace for the State of Rhode Island, whose address is unknown at this time.

10. Defendant Colucci is a police Sergeant for the Town of Johnston, Rhode Island, whose address is 1651 Atwood Ave Johnston, RI.

## Statement of Facts

On November 18, 2004 I was renting a room at the

11. Ski View Motel in Johnston Rhode Island, room number 105.

12. My 1991 gray four door Cadillac was parked in the parking lot right in front of the room I was in, the doors were locked, the inside lights were off and the alarm was on.

13. Me and my wife were both wanted by the State of Connecticut for not being in Court for our pending Court dates, we both knew that we were wanted.

14. In the early morning of November 18, I went to the bank to withdraw some money from my wife's bank account, and to deposit a check, I forgot the check at the hotelroom, but took out $ 100.00 for the day.

15. After having dinner with my wife, I noticed a police car in the parking lot, at that time I turned the lights off in our room and acted as if no one was inside the room.

16. A police officer came to the door and said "I know someone is in there open the door before I get the key. At that time I open- the window and asked what the problem was.

17. Police Sergeant Parrillo said "where you at Fleet bank today"?

18. I said no and what is the problem, he then asked me if the gray four door Cadillac was mine, "I said no its a friends".

19. Officer Demers said "open the fucking door now"

I went to the window in the room and was talking through the window, at that time the officers did not know who I was and that Connecticut had warrants for my arrest and my wife's arrest.

20. Officer Deangelis went to the office to get a key to use to open my room door, he had no warrant to do so, my room door was opened and guns were put to my head, and my wife's.

21. I told the police that they had no search warrant and that they could not search the room or my personal property. SGt Colucci told me to "Shut the fuck up, and to give him my name and date of birth," I said for what reason, I did not do anything, I was told to stand outside the room.

22. The officers seen medication bottles and read the names on them, and ask me if I was Eric J. Stiggle, I said no, they ran the name through a police computer and learned Connecticut had warrants for Eric J. Stiggle.

23. I was handcuffed and placed into a police car, and taken to the Johnston Police Department, during booking I was being very disrespectfull to the officers and the police Sergeant, I said that Sergeant Colucci was a stupid ass because he let my wife go free, she had warrants also in Connecticut.

24. After being finger printed, officer Deangelis told me to go into the bathroom, so I did, and officer Deangelis started to punch me, calling me a fucking nigger, and not to talk to his Sergeant that way,

25. I put my hands up to protect my face, and I told officer Deangelis, not to hit me again, and I pushed my way out of the bath room and back into the Booking Room,

26, I was told to empty my pockets, I did as I was told, after my cash was counted $ 525,00 I was told to put it back into my pocket.

27, I then was put into a cell, Justice of the Peace Stephen Peltier came to my cell and arraigned me, and told me to pay hiss fee of $200.00 I said "I am not paying you $200.00", So he left the cell block and came back with SGt. Colucci, and officers Dwyer, Parrillo, Demers and Deangelis, and the cell door was opened, one of the officers said "are you going to pay the $200.00" "I said hell no".

28. So one of the officers went into my left front pants pocket and took out my cash, Counted $200,00 and tossed the rest of my cash at me. I told the Justice of Peace Mr. Stephen Peltier that I did not approve of the officer taking my money to pay him, he said "what the hell do I look like coming down here in the middle of the night for you for free".

29, I was having chest pains and began to throw-up, I informed the SGt. that I was sick, he told me to "shut the fuck up". I was then hand-cuffed and put into a police car on the way to Adult Correction Institution,

30. I told the officer who was driving that I needed medical help, he turned on his emergency lights and drove to a fire station, E.M.S. treated me and took me by ambulance to the hospital.

and I was in the hospital, the police officers turned me over to the custody of Rhode Island Sheriff's Department, and I was discharged two days later. The Plaintiff suffers aches and pains in his back as a result of the assault, he also suffers from anxiety and fear, especially when in the presence of police.
Plaintiff also suffers from nightmares.

By [signature]
ERIC J. Stiggle, Sr.
New Haven Corr. Inst,
245 Whalley Ave
New Haven, Ct. 06511

______________________
Date

______________________
ERIC J. Stiggle, Sr.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

Verification
STATE OF CONNECTICUT
COUNTY OF NEW HAVEN

Subscribed and sworn to before me this __________ day of ______________, 2006

______________________
NOTARY PUBLIC

FIRST CAUSE OF ACTION

31. For the actions of Defendant William Demers, Thomas Dwyer, Jared Deangelis, Daniel Parrillo, and Sergeant Colucci to enter the room of the Defendant, and Search his personal property without a Search warrant Constituted the violation of Article Four of the United States Constitution Amendments.

SECOND CAUSE OF ACTION.

32. For the actions of officer Deangelis. The imposition of physical force against a prisoner by Police personel, absent existing riot, is cruel and unusual punishment. Harrah v. Leverette 217 SE2d 322 (1980, W. Va.)

THIRD CAUSE OF ACTION

33. The actions of officer Deangelis in using physical force against the plaintiff without need of provocation constituted the tort of assault and battery.

FOURTH CAUSE OF ACTION.

34. the failure of Sergeants Colucci and Parrillo to provide medical treatment to the plaintiff for his injuries in this matter Constitutes the tort of negligence.

FIFTH CAUSE OF Action.

35. The failure of Defendant Richard Tamburini to provide an administrative atmosphere which would tend to prevent the occurrence of events as the one described herein,

Constituted deliberate indifference, and Contributed to and proximately caused the above described violation of the plaintiff civil Rights and the tort of assault and battery, and larceny.

SIXTH CAUSE OF ACTION

36. The actions of Sergeant, Colucci, officers Dwyer, and Demers, Deangelis, and Sergeant Parrillo taking the Plaintiff's money against his own free will, and Consent contributed to and proximately caused the tort of Larceny and assault and Battery.

SEVENTH CAUSE OF ACTION.

37. The actions of officers Dwyer, Demers, to have failed to intervene and control officer Deangelis from assaulting the plaintiff contributed to and proximately caused the above described violations of the Fourth, Eighth Amendments Rights and assault and battery, Larceny.

EIGHTH CAUSE OF ACTION

38. For the action of Defendant Stephen Peltier taking the Plaintiff's money without his consent contributed to and proximately caused the above described violations of the Fourth, and Eighth Amendment Rights and the torts of assault and battery, and Larceny,

# RELIEF REQUESTED

The plaintiff respectfully request the following relief.

A. Punitive damages awarded by a jury

B. $ 250,000 from each named defendant in his official capacity, for compensatory damages

C. $ 250,000 from each named defendant in his individual capacity

D. Any other relief that this court deems fair and just.

By [signature]

ERIC J. Stiggle, SR
245 Whalley Ave
New Haven, CT. 06511