UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC J. STIGGLE, SR.<br><br>*Plaintiff,*<br><br>vs.<br><br>RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,<br><br>*Defendants.* | C.A. No. 06-138S |

**ANSWER ON BEHALF OF RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO AND DEFENDANT COLUCCI**

Now come the defendants, Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci and answer the plaintiff's complaint as follows:

1. These defendants deny the allegations set forth in the unnumbered introductory portion of the plaintiff's complaint.

2. These defendants make no response to the allegations in paragraphs 1 and 2 of that portion of the plaintiff's complaint entitled "jurisdiction" and leave plaintiff to his proof of same.

3. These defendants make no response to the allegations contained in paragraphs 3 and 9 of that portion of the plaintiff's complaint entitled "parties" and leave plaintiff to his proof of same.

4. These defendants admit the allegations contained in paragraphs 4, 5, 6, 7, 8 and 10 of that portion of the plaintiff's complaint entitled "parties."

5. These defendants make no response to the allegations contained in paragraphs 11, 12, 13, 14 and 15 of that portion of the plaintiff's complaint entitled "statement of facts."

6. These defendants deny the allegations contained in paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of that portion of the plaintiff's complaint entitled "statement of facts."

7. These defendants deny the allegations contained in paragraph 31 of that portion of the plaintiff's complaint entitled "first cause of action."

8. These defendants deny the allegations contained in paragraph 32 of that portion of the plaintiff's complaint entitled "second cause of action."

9. These defendants deny the allegations contained in paragraph 33 of that portion of the plaintiff's complaint entitled "third cause of action."

10. These defendants deny the allegations contained in paragraph 34 of that portion of the plaintiff's complaint entitled "fourth cause of action."

11. These defendants deny the allegations contained in paragraph 35 of that portion of the plaintiff's complaint entitled "fifth cause of action."

12. These defendants deny the allegations contained in paragraph 36 of that portion of the plaintiff's complaint entitled "sixth cause of action."

13. These defendants deny the allegations contained in paragraph 37 of that portion of the plaintiff's complaint entitled "seventh cause of action."

14. These defendants deny the allegations contained in paragraph 38 of that portion of the plaintiff's complaint entitled "eighth cause of action."

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the damages recoverable in this matter.

**These defendants demand trial by jury.**

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on October 12, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

/s/ Marc DeSisto