UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR
(Plaintiff)

VS. C.A. No. 06-138 S.

RICHARD TAMBURINI, ETAL OCTOBER 16, 2006

PLAINTIFF'S REQUEST FOR EXTENSION
OF TIME TO COMPLY
WITH DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiff, Eric J. Stiggle, Sr. Respectfully request an extension of time of sixty (60) days to comply with the Defendant's request for production of documents, he is currently in the State of Connecticut's custody, and will be released within the next sixty (60) days, and will be able to obtain requested documents at that time.

THE PLAINTIFF
BY [signature]
ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct. 06511