UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

VS.

RICHARD TAMBURINI, ET AL

CASE NO. 06-138S.

OCTOBER 16, 2006

PLAINTIFF'S RESPONCE
TO
DEFENDANT'S ANSWER AND SPECIAL DEFENSES

The plaintiff, Eric J. Stiggle, Sr denies each and every special defenses, as stated in the Defendant's Answer and Special Defenses dated October 12, 2006.

PLAINTIFF DEMANDS
TRIAL BY JURY

THE PLAINTIFF

By: [signature]

ERIC J. Stiggle, Sr.
245 Whalley Ave
New Haven, Ct. 06511

# CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed to all counsel of record on this 16th Day of October, 2006.

Law office of
Marc Desisto
211 Angell St
P.O. Box 2563
Providence, RI
02906

By [signature]
Eric J. Stiggle, Sr
245 Whalley Ave
New Haven, Ct.
06511