UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR | ) | |
| | ) | |
| -VS- | ) | |
| | ) | C.A. No. 06-138 S |
| RICHARD TAMBURINI, | ) | |
| WILLIAM DEMERS, THOMAS DWYER, | ) | |
| JARED DeANGELIS, DANIEL PARRILLO | ) | |
| STEPHEN PELTIER and COLUCCI | ) | |

**ENTRY OF APPEARANCE**

I, WILLIAM C. DIMITRI, ESQ., hereby enter my appearance for Defendant, STEPHEN PELTIER, in the above entitled matter.

Respectfully submitted,

/s/ William C. Dimitri
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

Attorney for Defendant Stephen Peltier

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Memorandum was mailed on the 19th day of October, 2006, to: Eric J. Stiggle, Sr., 245 Whalley Avenue, New Haven, CT 06511 and Louis DeSimone, Esq., Solicitor/ Town of Johnston, Town Hall, 1651 Atwood Avenue, Johnston, RI 02919.

/s/ William C Dimitri