UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR | ) | |
| | ) | |
| -VS- | ) | |
| | ) | |
| RICHARD TAMBURINI, | ) | C.A. No.: 06-138 S |
| WILLIAM DEMERS, THOMAS DWYER, | ) | |
| JARED DeANGELIS, DANIEL PARRILLO | ) | |
| STEPHEN PELTIER and COLUCCI | ) | |

**DEFENDANT JUSTICE OF THE PEACE STEPHEN PELTIER'S MOTION TO DISMISS IN LIEU OF AN ANSWER IN ACCORDANCE WITH RULE 12(B)(6)**

NOW COMES the defendant, Stephen Peltier, and moves that this Honorable Court dismiss plaintiff's complaint pursuant to Fed. R.Civ. P., Rule 12(B)(6) on the ground that the plaintiff's complaint fails to state a claim upon which relief can be granted.

STEPHEN PELTIER
By his attorney,

/s/ *William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02903
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Motion to Dismiss was mailed on the 19th day of October, 2006, to: Eric J. Stiggle, Sr., 245 Whalley Avenue, New Haven, CT 06511 and Louis DeSimone, Esq., Town Solicitor for the Town of Johnston, 1651 Atwood Avenue, Johnston, RI 02919.

/s/ William C Dimitri