UNITED STATES DISTIRCT COURT
FOR THE DISTRICT OF RHODE ISLAND

C. A. NO. 06-138S
ERIC J. STIGGLE, SR.
V.
RICHARD TAMBURINI, ET AL

SEPTEMBER 12, 2006

MOTION TO HAVE COMPLAINT
SERVED BY U.S. MARSHAL SERVICE

Plaintiff respectfully request that his complaint pursuant to 42 U.S.C.$ 1983 be Served on all named Defendants by the United States Marshal, plaintiff's request to proceed in forma pauperis has been granted by this court.

BY [signature]
ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct. 06511

**ORDER**

DENIED, as Moot. It appears that the named Defendants have been served.

[signature]
Jacob Hagopian
Senior U.S. Magistrate Judge
Dated: October 24, 2006

# CERTIFICATION

I, hereby certify that a true copy of the foregoing has been mailed, postage prepaid on this 12th day of September, 2006 to all named Defendants:

BY [signature]
ERIC J. STIGGLE, SR.
245 WHALLEY AVE
NEW HAVEN, CT.
06511

Richard Tamburini
1651 Atwood Ave
Johnston, RI 02919

William Demers
1651 Atwood Ave
Johnston, RI
02919

Thomas DWYER
1651 Atwood Ave
Johnston, RI
02919

Jared DeAngelis
1651 Atwood Ave
Johnston, RI, 02919

Daniel Parrillo
1651 Atwood Ave
Johnston, RI
02919

Stephen Peltier
70 Derby Shire Drive
Cranston, RI. 02921

Colucci
1651 Atwood Ave
Johnston, RI 02919.

Case 1:06-cv-00138-S-JH Document 8 Filed 09/18/2006 Page 3 of 3

ERIC J. Stiggle, Sr.
245 Whalley Ave
New Haven, Ct.
06511

U.S. CourtHouse
Clerk's office
providence, RI
02903

Sept 12, 2006

Dear Clerk,

Enclosed please file my motion for service by the United States Marshal Service, I have 8 named defendents I need 16 USM-285 forms all Defendants are being sued in both capacities.

thank you

[signature]