UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR. C.A. NO. 06-138 S

-VS- OCTOBER 31, 2006

RICHARD TAMBURINI, ET AL.

# PLAINTIFF'S RESPONCE TO DEFENDANT STEPHEN PELTIER'S MOTION TO DISMISS IN LIEU OF AN ANSWER IN ACCORDANCE WITH RULE 12 (B) (6)

Plaintiff respectfully request this Court to deny Defendant's Motion pursuant to Federal Rules of Civil Procedure, Rule 12 (B) (6).

On such motion, the Court is constrained to accept as true the factual allegations contained in the Plaintiff's Complaint and draw all inferences in the Plaintiff's favor. Allaire Corp. v. Okumus 433 F. 3d 248, 249-250 (2nd Cir. 2006). A complaint can not be dismissed pursuant to Rule 12 (B) (6) unless it appears beyond a doubt that plaintiff can prove no set of facts in support of his claim which would entitle him to relief. Conley V. Gibson, 355 U.S. 41, 45-46 (1957).

II AS TO THE CLAIM OF JUDICIAL IMMUNITY

Judicial Immunity does not apply in this matter, the law does not proctect Defendant from breaking state or federal laws in this matter the Defendant Stephen

Peltier told the other Defendants to take the money from the Plaintiff $250.00 for his fee, however Plaintiff did not request Defendant's Services and no agreement for his service was discussed.

The facts of this matter are true, and plaintiff can prove each and every claim against each and every Defendant. The Defendant's Motion should be denied and this matter Tried By a Jury.

JURY TRIAL DEMANDED

THE PLAINTIFF

ERIC J. Stiggle, Sr
245 Whalley Ave
New Haven, Ct.
06511

# CERTIFICATION

I, Eric J. Stiggle, Sr. Hereby Certify that a copy Of the foregoing has been mailed, postage prepaid on this 31st Day of October, 2006 to as follows:

By [signature]

Eric J. Stiggle, Sr
245 Whalley Ave
New Haven, Ct.
06511

William C. Dimitri, Esq
462 Broadway
Providence, RI
02909

Louis Desimone, Esq.
Solicitor/Town of Johnston
Town Hall 1651 Atwood Ave
Johnston, RI 02919.

Marc Desisto
211 Angell Street
P.O. Box 2563
Providence, RI
02906.