RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
PLAINTIFF,

C.A. NO. 06-138 S
OCTOBER 18, 2006

RICHARD TAMBURINI, ET AL
DEFENDANTS.

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff in the above matter respectfully request that the Defendants produce for inspection and/or copying the original or a true copy of the following documents to Eric J. Stiggle, Sr. 245 WHALLEY AVE, NEW HAVEN, Ct. 06511, within thirty (30) days pursuant to Rule 34 of the Federal Rules of Civil Procedure:

1. All Defendants personnel files, complaints of any and all department violations, misuse of force complaints, excessive use of force complaints.

2. Copy of any and all police search warrants issued by a Superior Court to enter and search 2880 Hartford Ave Room 105, Johnston RI 02919 on November 18, 2004.

3. Any and all photographs taken of the plaintiff Eric J. Stiggle, Sr on November 18, 2004.

4. Any and all video of the plaintiff in the holding cell, booking room and all video of Johnston Police Department's that is stored or on file for the date of November 18, 2004.

5. Any and all signed reciepts for the service of justice of peace defendant Stephen Peltier, and any agreement for his services.

Plaintiff,
Pro-SE

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct.
06511

# CERTIFICATION OF SERVICE

I hereby request that a copy of the foregoing Request for production of documents have been mailed, postage prepaid on this 18th Day of October, 2006 to as follows:

By [signature]
ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, CT.
06511

Mark DeSisto, Esq
211 Angell Street
P.O. Box 2563
Providence, RI 02906

Johnston Town Hall
1385 Hartford Ave
Johnston, RI
02919

Stephen Peltier
2 Exchange Terrace 3rd/FL
Providence, RI
02901