UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC J. STIGGLE, SR.<br>*Plaintiff,*<br>vs.<br>RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,<br>*Defendants.* | C.A. No. 06-138S |

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance for defendants, Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci.

Defendants,
By their attorney,

/s/ Karen K. Corcoran

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on November 6, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

/s/ Karen K. Corcoran