UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
PLAINTIFF,

RICHARD TAMBURINI, ET AL
DEFENDANTS,

C.A. NO. 06-138 S
OCTOBER 18, 2006

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiff in the above matter respectfully request that the Defendants produce for inspection and/or copying the original or a true copy of the following documents to Eric J. Stiggle, Sr. 245 WHALLEY AVE, NEW HAVEN, Ct. 06511, within thirty (30) days pursuant to Rule 34 of the Federal Rules of Civil Procedure:

1. All Defendants personnel files, complaints of any and all department violations, misuse of force complaints, excessive use of force complaints.

2. Copy of any and all police search warrants issued by a Superior Court to enter and search 2880 Hartford Ave Room 105, Johnston RI 02919 on November 18, 2004.

ORDER

DENIED. Plaintiff's request for the production of documents is denied insofar as it is filed as a motion. Discovery requests are not filed with the Court. Se L.R. Cv. 34(a) but shall be sent to the defendant.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 14, 2006