FILED
OCT 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

VS.

RICHARD TAMBURINI, ET AL

C.A. NO 06-138 S
OCTOBER 17, 2006

# PLAINTIFF'S REQUEST FOR LEAVE TO AMEND HIS COMPLAINT

Plaintiff, Eric J. Stiggle, Sr. Respectfully request Leave of one (1) Day to Amend his Complaint and relief requested.

THE PLAINTIFF
BY [signature]
ERIC J. STIGGLE, SR.
245 WHALLEY AVE
NEW HAVEN, Ct. 06511

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid to all Counsel of record and pro se parties on this 18th day of October, 2006 to as follows:

**ORDER**

Plaintiff's Motion to Amend his complaint is hereby GRANTED. Plaintiff is directed to file the amended complaint with the Clerk of the Court within ten(10) days.

[signature]
Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 14, 2006