UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
Plaintiff,

VS.

RICHARD TAMBURINI, ET AL.
Defendants.

C.A. NO. 06-138

November

MOTION FOR APPOINTMENT OF COUNSEL

The plaintiff, Eric J. Stiggle, hereby requests this Court to appoint counsel on his behalf and in this civil rights case for the following good reasons and causes:

1. The Plaintiff, Eric J. Stiggle, is unable to afford and/or retain counsel to represent him in this matter;

2. This case has legal merit and is factually supported by eye-witnesses;

3. The issues presented in this case are complex, as the case involves civil rights violations, state law claims, Federal Law claims and denial of reasonable and necessary medical care.

4. This case will need discovery to be conducted and depositions taken all potentially coupled with making and/or defending various pre-trial motions (i.e.: summary judgment);

5. The plaintiff has a limited secular education and no legal training which will hamper his ability to conduct discovery, depositions, defend pre-trial motions and/or conduct the trial of this matter;

6. The plaintiff is in the Connecticut Department of Correction's custody, he has been unable to secure legal representation, while incarcerated and does not believe he will be able to do so upon release, as the case is complex.

WHEREFORE, the plaintiff respectfully request that the Court appoint legal counsel.

Respectfully submitted

BY: [signature]

ERIC J. STIGGLE, SR.
pro se
c/o New Haven Corr. Inst.
245 Whalley Ave
New HAVEN, Ct. 06511

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Appointment of Counsel was forwarded on this day, via regular mails postage pre-paid, as follows:

Desisto Law Firm
P.O. Box 2563
Providence, R.I.
02906

Johnston Town Solicitor
Louis Desimone, Esq.
1651 Atwood Ave
Johnston, R.I.
02919

William C. Dimitri, Esq.
462 Broadway
Providence, R.I.
02909.

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct,
06511

# ORDER

The foregoing Motion for Appointment of Counsel, having been duly considered is hereby ORDERED: GRANTED/DENIED.

Judge/CLERK/ASS'T CLERK

DATED:

# AFFIDAVIT OF ERIC J. STIGGLE, SR.

I, Eric J. Stiggle, Sr. presently residing at New Haven Correctional Center, 245 Whalley Ave, New Haven, Connecticut, do hereby depose, say and swear to the following statements:

1. I am over the age of eighteen and understand the obligations of an oath;

2. my civil Rights have been violated by officers from the Johnston Police Department.

3. The violations of my civil rights is detailed in a lawsuit bearing case Number 06-138 and has been filed in the Providence District Court of the united States;

4. I believe that my case has legal merit and is factually supported by eyewitnesses;

5. During my incarceration I have relied upon the assistance of Jail house Lawyers or the Attorneys from the Connecticut Inmate's legal Assistance Program, however the program does not provide any legal counsel or legal help with out of State claims.

6. I anticipate being released from custody of the Connecticut Department of Correction within the next Sixty (60) days;

7. once I am released from custody, I will not have access to "Jail house lawyers" nor will I have the money to retain counsel.

8. I do not have any legal training.

9. The case is complex, as it involves matters of State and Federal law, medical issues, may require expert testimony and center on various civil right violations;

10. I will be unable to conduct the necessary discovery, depositions, defend and make motions nor conduct trial due to my indigence, and lack of legal training;

11. While incarcerated, I have been unable to retain a lawyer to provide legal services in this matter.

12. upon release, I will not be able to retain a lawyer due to my poor financial condition.

13. This statement is true and accurate to the best of my ability, knowledge and belief.

Signed this 15th Day of November, 2006 [signature]
ERIC J. STIGGLE, SR.

Eric J. STIGGLE, SR, having personally appeared and sworn to the above as being true and accurate, this 15th Day of November, 2006.

[signature]
~~Commissioner of Superior Court~~
NOTARY PUBLIC
~~JUSTICE OF THE PEACE~~