UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C. A. NO. 06-138 S.

ERIC J. STIGGLE, SR.
Plaintiff,

November 20, 2006

VS.

RICHARD TAMBURINI, ET AL.
Defendants.

MOTION FOR EXTENTION OF TIME
TO RESPOND TO DEFENDANT'S INTERROGATORIES

The plaintiff Eric J. Stiggle, Sr. Respectfully requests an extention of thirty (30) days to respond to the Defendant's Interrogatories that were recieved on November 10, 2006.

THE PLAINTIFF

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct.
06511

# CERTIFICATION

I, hereby certify that a copy of the foregoing has been mailed, postage prepaid on this 20th Day of November, 2006 to as follows:

Desisto Law
Karen K. Corcoran, esq
211 Angell St.
P.O. Box 2563
Providence, RI 02906

William Dimitri, esq
462 Broadway
Providence, RI
02909

Louis Desimone, esq
Solicitor/Town of Johnston
1651 Atwood Ave
Johnston, RI 02919

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct.
06511