UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**DEFENDANTS'[1] CONDITIONAL OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' INTERROGATORIES**

Now come the defendants, Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci, and hereby conditionally object to plaintiff's Motion for Extension of Time to Respond to Defendants' Interrogatories.

The reason for the conditional objection is that the allowance of plaintiff's Motion for Extension of Time to Respond to Defendants' Interrogatories would effectively preclude defendants from complying with the Pre-Trial Scheduling Order, Document Number 25.

The Pre-Trial Scheduling Order, by Judge Magistrate Hagopian, on November 7, 2006, assigns a Fact Discovery Closure date of December 7, 2006; Plaintiff Expert Discovery due January 8, 2007; Defendant Expert Discovery due January 8, 2007; Dispositive Motions due January 8, 2007 and Pretrial Memorandum due February 8, 2007.

[1] All defendants excluding Stephen Peltier.

If the Court were willing to extend all of the Pre-Trial Scheduling Order dates by forty-five (45) days, defendants would have no objection to plaintiff's Motion for Extension of Time to Respond to Defendants' Interrogatories, which requests an additional thirty (30) days to respond.

Defendants,
By their attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on November 30, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

*/s/ Karen K. Corcoran*