UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR. | : | |
| Plaintiff | : | |
| | : | C.A. No.: 06-138 |
| -vs- | : | |
| | : | |
| RICHARD TAMBURINI, ET AL | : | |
| Defendants | : | |

**DEFENDANT PELTIER'S OBJECTION TO**
**PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

NOW COMES the defendant, STEPHEN PELTIER, and objects to Plaintiff Stiggle's motion for appointment of counsel.

STEPHEN PELTIER
By his attorney,

/s/ *William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Objection was mailed on the 4th day of December, 2006 to: Eric J. Stiggle, Sr., 245 Whalley Avenue, New Haven, CT 06511, and Louis DeSimone, Esq., Solicitor/Town of Johnston, Town Hall, 1651 Atwood Avenue, Johnston, RI 02919.

/s/ *William C. Dimitri*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR. | : | |
| Plaintiff | : | |
| | : | C.A. No.: 06-138 |
| -vs- | : | |
| | : | |
| RICHARD TAMBURINI, ET AL | : | |
| Defendants | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF OBJECTION TO APPOINTMENT OF COUNSEL**

Plaintiff, Eric J. Stiggle, Sr., has requested that this court appoint counsel to represent him in the instant matter.

The Plaintiff posits that this claim has "legal merit," that the issues are complex, that he has no legal training and a limited "secular education" which would hamper his ability to conduct discovery … and/or conduct the trial of this matter.

While all this may be true (although Defendant does not concede that his claim has "legal merit"), the Plaintiff has sought to prosecute this civil complaint of his own volition.

The Plaintiff has no legal entitlement to appointed counsel as a plaintiff in a civil case and has no entitlement to counsel under the Criminal Justice Act.

WHEREFORE, Plaintiff's motion for appointment of counsel should be denied.

STEPHEN PELTIER
By his attorney,

/s/ *William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Memorandum was mailed on the 4th day of December, 2006 to: Eric J. Stiggle, Sr., 245 Whalley Avenue, New Haven, CT 06511, and Louis DeSimone, Esq., Solicitor/Town of Johnston, Town Hall, 1651 Atwood Avenue, Johnston, RI 02919.

/s/ *William C. Dimitri*