UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
plaintiff

C.A. NO. 06-138 S.

VS

RICHARD TAMBURINI, ET AL.

MOTION FOR DEFAULT FOR
DEFENDANT'S FAILURE TO COMPLY WITH
RULE 34 OF THE FEDERAL RULE OF CIVIL PROCEDURE

The plaintiff Eric J. Stiggle, Sr Pursuant to Rule 34 of Fed. Rules of civil procedure served the Defendants the plaintiff's request for production of documents on october 18, 2006 (See plaintiff's Exhibit A).

The Defendants failed to comply with request and the time to do so has expired (thirty days) 30 days.

WHEREFORE; the plaintiff requests this Court to enter an order of default against the Defendants, and grant the plaintiff all requested relief in his Complaint.

THE Plaintiff
[signature]
ERIC J. Stiggle, Sr
245 Whalley Ave
New Haven, Ct. 06511

# CERTIFICATION OF SERVICE

I, hereby Certify that a copy of the foregoing Motion for Default has been mailed, postage prepaid on this 29.th Day of November, 2006 to as follows:

By [signature]
ERIC J. STIGGLE, SR
245 Whalley Ave
New Haven, CT
06511

Mark Desisto, Esq
P.O. Box 2563
Providence, RI
02906

Louis Desimone, Esq.
Solicitor/Town of Johnston
1651 Atwood Ave
Johnston, RI 02919

William C. Dimitri, Esq.
462 Broadway
Providence, RI
02909.

# ORDER

The foregoing Motion for Default, having been heard,
It is hereby Ordered that Said Motion is GRANTED/DENIED.

THE COURT

________________________
Judge /Clerk
dated: