**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ERIC J. STIGGLE, SR.**

**v.** **C.A. No. 06 - 138 S**

**RICHARD TAMBURINI, et al.**

## ORDER

On October 20, 2006 plaintiff filed a Motion to Amend his Complaint pursuant to Fed. R. Civ .P. 15. Along with the motion, plaintiff filed a copy of the proposed Amended Complaint. The Court thereafter granted the Motion to Amend on November 15, 2006, and directed the plaintiff to file the Amended Complaint with the Clerk of Court within ten days. To the date of this writing, plaintiff has not filed the Amended Complaint with the Clerk of Court.

Accordingly, Clerk of Court is hereby directed to file and docket the proposed Amended Complaint (Dckt # 21 attachment) as the Amended Complaint on plaintiff's behalf.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
December 5 , 2006