UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

V. C.A. NO. 06-138 S

RICHARD TAMBURINI, ET AL

**ORDER**

This matter is before the Court on two motions:

1. On November 24, 2006, Plaintiff filed a Motion for an extension of time to Respond to the Defendants' Interrogatories. Plaintiff seeks an additional thirty (30) days within which to respond. Upon consideration of the motion, said motion is GRANTED. Plaintiff shall respond to the Defendants' interrogatories on or before December 24, 2006.

2. On November 30, 2006, Defendants filed a Motion to Extend the Time for Discovery in this case. Upon consideration of the motion, said motion is GRANTED. All factual discovery will be closed by February 7, 2007. Expert witness disclosures shall be made by March 7, 2007. Dispositive motions shall be filed on or before March 7, 2007 and Pretrial Memoranda shall be filed on or before April 9, 2007. All other matters discussed in the pretrial order stand as is.

ENTER:

PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: December 5, 2006