UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**DEFENDANTS'[1] OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Now come the defendants, Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci, and hereby object to plaintiff's Motion for Default Judgment for Failure to Comply with Rule 34 of the Federal Rules of Civil Procedure.

Defendants' objection is based on plaintiff's failure to comply with Rule 37 of the Federal Rules of Civil Procedure whereby a party may "move to compel disclosure", and "[t]he motion must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action". *Fed. R. Civ. P. Rule 37(A).*

Notwithstanding that the Plaintiff has failed to file a Motion to Compel Disclosure, prior to the instant Motion for Default Judgment, he has also failed to confer or attempt to confer in

[1] All defendants excluding Stephen Peltier.

good faith with the party not making the disclosure, and he has failed to certify that he has in good faith conferred or attempted to confer with the party not making the disclosure.

Defendants respectfully request that plaintiff's Motion for Default Judgment be denied.

Defendants,
By their attorney,

*/s/ Karen K. Corcoran*

______________________________

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on December 7, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

*/s/ Karen K. Corcoran*

______________________________