UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, TOWN OF JOHNSTON, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, hereby enter my appearance for defendant Town of Johnston {sic}.

Defendant,
By its attorney,

/s/ Karen K. Corcoran

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on December 13, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

/s/ Karen K. Corcoran