UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC J. STIGGLE, SR.<br><br>*Plaintiff,*<br><br>vs.<br><br>RICHARD TAMBURINI, TOWN OF JOHNSTON, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,<br><br>*Defendants.* | C.A. No. 06-138S |

**ANSWER TO AMENDED COMPLAINT ON BEHALF OF RICHARD TAMBURINI, TOWN OF JOHNSTON {sic}, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO AND DEFENDANT COLUCCI**

Now come the defendants, Richard Tamburini, Town of Johnston {sic}, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci and answer the plaintiff's amended complaint as follows:

1. These defendants deny the allegations set forth in paragraph 1 of the plaintiff's complaint.

2. These defendants make no response to the allegations in paragraphs 2 and 3 of that portion of the plaintiff's complaint entitled "jurisdiction" and leave plaintiff to his proof of same.

3. These defendants make no response to the allegations contained in paragraphs 4 and 10 of that portion of the plaintiff's complaint entitled "parties" to the extent that said paragraph contains no allegations against these defendants and no answer is required. To the extent that an answer is required, these defendants hereby deny the same.

4. These defendants admit the allegation contained in paragraph 5 of that portion of plaintiff's complaint entitled "parties" to the extent that defendant Richard Tambarini, whose address is 1651 Atwood Ave, Johnston, RI 02919, is employed as the Chief of Police for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

5. These defendants admit the allegation contained in paragraph 6 of that portion of plaintiff's complaint entitled "parties".

6. These defendants admit the allegation contained in paragraph 7 of that portion of plaintiff's complaint entitled "parties" to the extent that defendant William Demers, whose address is 1651 Atwood Ave, Johnston, RI 02919, is employed as a police officer for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

7. These defendants admit the allegation contained in paragraph 8 of that portion of plaintiff's complaint entitled "parties" to the extent that defendant Thomas Dwyer, whose address is 1651 Atwood Ave, Johnston, RI 02919, is employed as a police officer for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

8. These defendants admit the allegation contained in the first paragraph 9 (plaintiff lists two paragraphs numbered 9) of that portion of plaintiff's complaint entitled "parties" to the extent that defendant Jared DeAngelis, whose address is 1651 Atwood Ave, Johnston, RI 02919,

is employed as a police officer for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

9. These defendants admit the allegation contained in the second paragraph 9 (plaintiff lists two paragraphs numbered 9) of that portion of plaintiff's complaint entitled "parties" to the extent that defendant Daniel Parrillo, whose address is 1651 Atwood Ave, Johnston, RI 02919, is employed as a police officer for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

10. These defendants admit the allegation contained in the first paragraph 11 (plaintiff lists two paragraphs numbered 11) of portion of plaintiff's complaint entitled "parties" to the extent that Defendant Collucci, whose address is 1651 Atwood Ave, Johnston, RI 02919, is employed as a police sergeant for the Town of Johnston. These defendants make no response to the remaining allegations to the extent that they are conclusions of law and no response is required. To the extent an answer is required, these defendants deny the same.

11. These defendants make no response to the allegations contacted in the second paragraph 11 (plaintiff lists two paragraphs numbered 11), 12, 13, 14,15 of that portion of plaintiff's complaint entitled "statement of facts" to the extent that said paragraphs contain no allegations against these defendants, and no answer is required. To the extent that an answer is required, these defendants hereby deny the same.

12. These defendants deny the allegations contained in paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 36 and 37 of that portion of the plaintiff's complaint entitled "statement of facts."

13. These defendants make no response to the allegations contained in paragraphs 33 and 35 of that portion of plaintiff's complaint entitled "statement of facts" to the extent that said paragraphs contain no allegations against these defendants, and no answer is required. To the extent that an answer is required, these defendants hereby deny the same.

14. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "first cause of action."

15. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "second cause of action."

16. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "third cause of action."

17. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "fourth cause of action."

18. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "fifth cause of action."

19. These defendants make no response to the allegations contained in that portion of the plaintiff's complaint entitled "sixth cause of action" to the extent that said paragraph contains no allegations against these defendants and no answer is required. To the extent that an answer is required, these defendants hereby deny the same.

20. These defendants deny the allegations contained in that portion of the plaintiff's complaint entitled "seventh cause of action."

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the damages recoverable in this matter.

FIFTH AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff has failed to name as a proper party the treasurer of the Town of Johnston to comply with the requirements of R.I. Gen. Laws §45-15-5.

SIXTH AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff has failed to properly effect service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure.

SEVENTH AFFIRMATIVE DEFENSE

This defendant hereby pleads insufficiency of process.

EIGHTH AFFIRMATIVE DEFENSE

Defendants Richard Tamburini, William Demers, Thomas Dwyer, Jared Deangelis, Daniel Parrillo, and Collucci plead that they are not liable in their individual capacity and so contest plaintiff's ability to sue each of them individually.

**These defendants demand trial by jury.**

Defendants,
By their attorney,

/s/ Karen K. Corcoran

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on December 13, 2006, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

/s/ Karen K. Corcoran