UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

V. C.A. NO. 06-138 S

RICHARD TAMBURINI, ET AL

**ORDER**

This matter is before the Court on the application of the *Pro Se* Plaintiff, Eric J. Stiggle, Sr., for the entry of default due to the Defendants' failure to respond to Plaintiff's Request for the Production of Documents. See Fed.R.Civ.P. 37(d). Defendants have objected thereto.

Upon consideration of the motion, of the objection, and of Fed.R.Civ.P. 37(d), Plaintiff's motion is DENIED. Plaintiff has failed to certify that he has conferred or attempted to confer in good faith with the defendants in an effort to secure the requested information.

ENTER:

PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: December 12, 2006