UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Eric J. Stiggle, Sr.
Plaintiff

V. CA06-138S

Richard Tamburini, et al
Defendants

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on December 6, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, the defendant, Stephen Peltier's Motion to Dismiss the Complaint is Granted.

BY ORDER:

Loren Baldinelli
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 12/26/06