UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLANDS

ERIC J. STIGGLE, SR.
Plaintiff,

C.A. NO. 06-138

-VS-

RICHARD TAMBURINI, ET AL

# PLAINTIFF'S MOTION TO COMPEL

Plaintiff, Eric J. Stiggle, Sr. Respectfully moves this Court asking for an order to compel Defendants to comply with Rule 34 of Fed. Rules of civil procedure, plaintiff represents as follows:

1. On October 18, 2006 plaintiff served the Defendants a request for production of documents, the Defendants failed to comply with said request and the time to do so has expired thirty (30) days.

2. plaintiff has tried to contact Defendant's Attorney via phone to resolve this issue his calls have not been returned.

WHEREFORE: plaintiff request this court to compel Defendants.

THE PLAINTIFF

[signature]

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct.
06511

# CERTIFICATION OF SERVICE

I, hereby certify that a copy of the foregoing motion to Compel has been mailed, postage prepaid on this 28th Day of December, 2006 to as follows:

Marc Desisto, esq
P.O Box 2563
Providence, RI
02906

By [signature]
Eric J. Stiggle, Sr.
245 Whalley Ave
New Haven, Ct.
06511

Louis Desimone, esq
1651 Atwood Ave
Johnston, RI
02919

William C. Dimitri, esq
462 Broadway
Providence, RI
02909

ORDER

The foregoing Motion having been heard, it is hereby ORDERED that said Motion is GRANTED/DENIED.

THE COURT

________________________

Judge/clerk

dated: