UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-138 S

ERIC J. STIGGLE, SR.

-VS-

RICHARD TAMBURINI, ET AL.

PLAINTIFF'S MOTION FOR DEFAULT

The plaintiff respectfully moves this court asking that Default be entered against Defendant Town of Johnston for as follows:

1. Defendant Town of Johnston failed to file an appearance. Defendant was Served by the U.S. Marshal On November 3, 2006.

2. Defendant Town of Johnston failed to plead.

WHEREFORE: Plaintiff's motion for default should be granted.

THE PLAINTIFF

[signature]

ERIC J. STIGGLE, SR
245 Whalley Ave.
New Haven, Ct.
06511

# CERTIFICATION

I, hereby certify that a copy of the foregoing Motion for Default has been mailed, postage prepaid to all Counsel on this 28th Day of December, 2006.

By [signature]

Eric J. Stiggle, Sr
245 Whalley Ave
New Haven, Ct. 06511

Mark Desisto, esq
P.O. Box 2563
Providence, RI
02906

Louis Desimone, esq
Solicitor/Town of Johnston
1651 Atwood Ave
Johnston, RI 02919

William C. Dimitri, esq
462 Broadway
Providence,
RI
02909

# ORDER

The foregoing Motion having been heard, it is hereby ORDERED that said Motion is hereby GRANTED/DENIED.

THE COURT

_______________________
Judge/Clerk

dated: