UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.,

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, TOWN OF JOHNSTON, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**DEFENDANT TOWN OF JOHNSTON'S {sic}OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Now comes the Defendant Town of Johnston{sic}and hereby objects to Plaintiff's Motion for Default Judgment.

Plaintiff's Motion for Default alleges that Defendant Town of Johnston's failed to file an appearance and failed to plead. *See Plaintiff's Motion for Default, Document 45, electronically filed January 4, 2007.*

The Federal Rules of Civil Procedure require,

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

Fed. Rules Civ. P. Rule 55, *emphasis added*. Defendant Town of Johnston's {sic}primary objection is that Defendant Town of Johnston {sic}, along with Defendants Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and defendant Colucci did, in fact, electronically file an Answer to Amended Complaint on December 13, 2006. *See attached Document 41*. Therefore, Plaintiff's Motion for Default must fail.

Additionally, Defendant Town of Johnston{sic}responds that Rule 55 does not provide for an entry of default for "failure to appear", nor is there any Federal Rule of Civil Procedure that requires default for failure to file an appearance. That being said, an Entry of Appearance by Marc DeSisto, on behalf of the Town of Johnston {sic}, was electronically filed on December 13, 2006. *See Document 39*. An Entry of Appearance by Karen K. Corcoran, on behalf of the Town of Johnston {sic}, was electronically filed on December 13, 2006. *See Document 40.* Therefore, Plaintiff's Motion for Default must fail.

Based on these reasons, Defendant Town of Johnston {sic} respectfully requests that Plaintiff's Motion for Default Judgment be denied.

Defendant,
Town of Johnston {sic},
By its attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on January 10, 2007, and is available for viewing and downloading from the ECF system. A true copy of the within Objection to Motion for Default was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

*/s/ Karen K. Corcoran*