UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 06-138 S

ERIC J. STIGGLE, SR.

-VS-

RICHARD TAMBURINI, ET AL.

PLAINTIFF'S MOTION FOR DEFAULT

The plaintiff respectfully moves this court asking that default be entered against defendant Town of Johnston for as follows:

1. Defendant Town of Johnston failed to file an appearance. Defendant was served by the U.S. Marshal on November 3, 2006.

2. Defendant Town of Johnston failed to plead.

WHEREFORE: Plaintiff's motion for default should be granted.

THE PLAINTIFF

[signature]

ERIC J. STIGGLE, SR
245 Whalley Ave
New Haven, Ct.
06511

**ORDER**

**Upon consideration of Plaintiff's Motion for Default and Defendant's Objection thereto asserting that an answer to the Amended Complaint was electronically filed on December 13, 2006, the instant motion is DENIED.**

[signature]

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: January 16, 2007**

FILED
JAN 03 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND