UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.,

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, TOWN OF JOHNSTON, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**DEFENDANTS'[1] OBJECTION TO PLAINTIFF'S MOTION TO COMPEL**

Now come the Defendants and hereby object to Plaintiff's Motion to Compel Response to Plaintiff's Request for Production.

Plaintiff's Motion to Compel alleges that Defendants failed respond to Plaintiff's Request for Production. See *Plaintiff's Motion to Compel, Document 44, electronically filed January 4, 2007.*

Defendants' Objection to Plaintiff's Motion to Compel is based on the fact that on January 12, 2007, defendants certified a Response to Plaintiff's Request for Production. *See Exhibit A, "Response of Defendants to Plaintiff's Request for Production of Documents", (excluding exhibits).* As such, Plaintiff's Motion to Compel is moot and should be denied. [2]

Defendants respectfully request that Plaintiff's Motion to Compel be denied.

[1] Namely, all defendants excluding Stephen Peltier (hereinafter, "defendants").
[2] Defendants further respond that, to the best of their knowledge, there is no record of any attempts by the Plaintiff to contact Defendants' attorney via telephone, as alleged by the Plaintiff, in order to resolve this issue.

Defendants,
By their Attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on January 17, 2007, and is available for viewing and downloading from the ECF system. A true copy of the within Objection to Motion to Compel was mailed, postage prepaid to:

Eric J. Stiggle, Sr. Pro Se
245 Whalley Avenue
New Haven, CT 06511

*/s/ Karen K. Corcoran*