# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILE COPY

ERIC J. STIGGLE, SR.

*Plaintiff,*

vs.

C.A. No. 06-138 S

RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**RESPONSE OF DEFENDANTS[1] TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

1. All defendants' personnel files, complaints of any and all department violations, misuse of force complaints, excessive use of force complaints.

   **RESPONSE NO. 1: Objection, this request is overly broad, seeks information that is not relevant, and is not calculated to lead to the discovery of relevant or admissible evidence. Notwithstanding and without waiving said objection, enclosed herein, under *Response No. 1*, is a copy of a memorandum regarding Ptlm. DeAngelis, dated January 26, 2005.**

2. Copy of any and all police search warrants issued by a Superior Court to enter and search 2880 Hartford Ave Room 105, Johnston RI 02919 on November 18, 2004.

   **RESPONSE NO. 2: None.**

3. Any and all photographs taken of the plaintiff Eric J. Stiggle, Sr. on November 18, 2004.

   **RESPONSE NO. 3: Enclosed herein, under *Response No. 3*, *is* a copy of plaintiff's mug shot.**

[1] Namely, all defendants excluding Stephen Peltier (hereinafter, "defendants").

4. Any and all video of the plaintiff in the holding cell, booking room and all video of Johnston Police Department that is stored or on file for the date of November 18, 2004.

**RESPONSE NO. 4: Enclosed herein, under *Response No. 4*, is a computer compact-disk (CD) of such video files.**

5. Any and all signed receipts for the service of justice of peace defendant Stephen Peltier, and any agreement for his services.

**RESPONSE NO. 5: Enclosed herein, under *Response No. 5*, is a copy of all police documents regarding this matter upon which Judge Peltier's signature could be found, namely, the District Court Mittimus and Complaint.**

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that a true copy of the within *Response to Request for Production of Documents*, postage prepaid on this 12th day of January, 2007 to:

Eric J. Stiggle, Sr.
245 Whalley Avenue
New Haven, CT 06511