UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLANDS

ERIC J. STIGGLE, SR
Plaintiff,

C.A. NO. 06-138 S

-VS-

RICHARD TAMBURINI, ET AL

# PLAINTIFF'S MOTION TO COMPEL

Plaintiff, Eric J. Stiggle, Sr. Respectfully moves this Court asking for an order to Compel Defendants to comply with Rule 34 of Fed. Rules of civil procedure, plaintiff represents as follows:

1. On October 18, 2006 plaintiff Served the Defendants a request for production of documents, the Defendants failed to comply with said request and the time to do So has expired thirty (30) days.

2. plaintiff has tried to contact Defendant's Attorney via Phone to resolve this issue his calls have not been returned.

WHEREFORE: plaintiff request this court to compel Defendants.

THE PLAINTIFF

[signature]

ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct.
06511

**ORDER**
**DENIED, as moot. Defendants have responded to plaintiff's request for the production of documents.**

[signature]

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**

Jan 26-07