UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.,

*Plaintiff,*

vs. C.A. No. 06-138 S

RICHARD TAMBURINI, et al.,

*Defendants.*

**DEFENDANTS'[1] MOTION TO COMPEL RESPONSE**

Now come Defendants—Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo and Michael A. Colucci—and hereby move to compel Plaintiff to file a response to their Request for Production of Documents, sent to Plaintiff on or about October 12, 2006.

These Defendants hereby request a thirty-day order compelling the production of the requested documents.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

*/s/ Marc DeSisto*

Marc DeSisto, Esq.

[1] All defendants excluding Stephen Peltier.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that this document has been filed electronically on January 30, 2007, and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr
170767
Hartford Correctional Institution
177 Weston Street
Hartford, CT 06120

*/s/ Marc DeSisto*

Marc DeSisto