UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERIC J. STIGGLE, SR., *Plaintiff,* | |
| vs. | C.A. No. 06-138 S |
| RICHARD TAMBURINI, et al., *Defendants.* | |

**ADDENDUM TO**
**DEFENDANTS'[1] MOTION TO COMPEL RESPONSE**

As an addendum to Defendants' Motion to Compel Response (Docket #50), attached hereto, as *Exhibit A*, is a copy of the Request for Production of Documents, sent to Plaintiff on or about October 12, 2006. In accordance with Rule 37(a)(2) of the Federal Rules of Civil Procedure, a letter was sent to Plaintiff on or about January 12, 2007. To date, no documents have been received in response to defendants' requests.

Defendants,
By their attorney,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

[1] All defendants excluding Stephen Peltier.

CERTIFICATION

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system. A true copy of the within was mailed, postage prepaid to:

Eric J. Stiggle, Sr.
170767
Hartford Correctional Institution
177 Weston Street
Hartford, CT 06120

*/s/ Karen K. Corcoran*

Karen K. Corcoran