**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ERIC J. STIGGLE. SR.<br>*Plaintiff,*<br>vs.<br>RICHARD TAMBURINI. WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,<br>*Defendants.* | C.A. No. 06-138S |

**DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Defendants in the above matter and hereby request that the Plaintiffs produce for inspection and/or copying the original or a true copy of the following documents to DeSisto Law, 211 Angell Street, PO Box 2563, Providence, RI 02906-2563, within thirty (30) days, pursuant to Rule 34 of the Federal Rules of Civil Procedure:

1. Any and all of the plaintiff's medical records, bills and reports, of whatever nature and kind, including but not limited to office records, notes and x-rays or x-ray reports, from any and all physicians, hospitals or other health care providers, including mental health care providers, which relate in any way to the incident(s) which is the subject matter of this litigation.

2. Any and all of the plaintiff's medical records, bills and reports, of whatever nature and kind, including but not limited to office records, x-rays or x-ray reports, from any and all physicians, hospitals or other health care providers, including mental health care providers, for a period of five (5) years prior and up to the time of the occurrence(s) alleged in the complaint.

3. Any photographs, diagrams or any other pictorial or graphic representations, in your possession, custody or control depicting injuries or damages caused by the incident(s) or describing the scene of the incident(s).

4. W-2 Forms, Income Tax Forms (State or Federal), Employment Records and/or Lost Wage Statements furnished by any employer of the plaintiff for a period of three (3) years prior to the alleged incident and through to the present date.

6. All statements taken from the defendant, and defendant's agents, servants and/or employees regarding the incident(s) which is the subject matter of this litigation.

Defendants,
By their Attorney,

Marc DeSisto

Marc DeSisto, Esq., #2757
DESISTO LAW
211 Angell Street
P.O Box 2563
Providence, RI 02906
Tel.: 401-272-4442
Fax.: 401-272-9937
Marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within *Request for Production of Documents,* postage prepaid on this 12th day of October, 2006 to:

Eric J. Stiggle, Sr.
245 Whalley Avenue
New Haven, CT 06511

Laura Soy