**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ERIC J. STIGGLE**

**v.** **C.A. No. 06 - 138 S**

**RICHARD TAMBURINI**, et al.

# ORDER

This matter is before the Court on the motion of the defendants to compel a response to their Request for the Production of Documents pursuant to Fed. R. Civ. P. 37. See Dckt # 50, 51-1, & 51-2. Plaintiff has not objected.

Upon consideration of the motion and of Fed. R. Civ. P. 37, defendants' motion is **GRANTED**. Plaintiff shall provide a Response to the Defendants' Request for Production of Documents within 10 days.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2007