UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.
Plaintiff,

C.A. NO. 06-138S

VS.

RICHARD TAMBURINI, ET AL.
Defendants.

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL

Plaintiff hereby objects to Defendant's motion to compel responce to Defendant's Request for production.

Plaintiff's objection to Defendant's motion to compel is based on the fact on January 9, 2007 plaintiff certified a response to Defendant's Request for production. See Exhibit A, "Response of the plaintiff to Defendant's Request for Production of Documents", (excluding the exhibits), As such, Defendant's motion to compel is moot and should be denied.

Plaintiff respectfully request that Defendant's motion to compel be denied, also plaintiff request sanctions against Defendant's Attorney Corcoran, Defendant's counsel had plaintiff's response to Defendant's Request for production since January, 2007 and failed to inform the court of such.

PLAINTIFF
[signature]

ERIC J. Stiggle, Sr.
177 Weston st
Hartford, Ct.
06120

# CERTIFICATION

I hereby Certify that a copy of this document has been mailed, postage prepaid to all counsel of record on this 1st Day of March, 2007;

By [signature]

Eric J. Stiggle, Sr.
177 weston St
Hartford, Ct.
06120

Karen Corcoran, Esq
211 Angel Street
Providence, RI 02906

William Dimitri, Esq
462 Broadway
Providence, RI
02909