ERIC J. STIGGLE, SR.
177 Weston St,
Hartford, Ct. 06120

4/19/07

Dear Judge Smith,

I am writing this letter asking you to remove your self from my case after what you said to me on the phone on 4/13/07 during our telephone conference. I told you that the Defendant's altered video and sent me a photo I.D. From A.C.I.

You said you don't believe it and how you worked with Defendant's counsel for years, I have proof of what they did, and after what you said "I believe you are not going to be fair.

If you don't remove your self I will appeal my motion asking you to requse yourself.

PS Please have your clerk send me corresponce in the mail I will not be allowed to recieve faxes