UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE

V.

RICHARD TAMBURINI, et al.

C.A. 06-138S

# MOTION FOR APPEAL

The plaintiff moves this Court seeking an appeal on pretrial order dated April 18, 2007 Judge William Smith stated on the phone during a Phone conference when the Court was informed that Defendants altered a video tape and tried to mislead the plaintiff during discovery.

When Judge Smith stated that he worked with Defendant's Counsel for years and could not believe that they would do that, at that time plaintiff became very agitated.

E. J. Stiggle

ERIC J. Stiggle
P.O. Box 100
Somers, Ct.
06071

# CERTIFICATION

I hereby Certify that a copy of the following has been mailed to all counsel of record, postage prepaid on this 2nd day of May, 2007.

Desisto Law
P.O. Box 2563
providence,
RI
02903

By [signature]
ERIC J. Stiggle, Sr.
P.O. Box 100
Somers, Ct. 06071