UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

1:06-138S

ERIC J. STIGGLE, SR.

V.

RICHARD TAMBURINI, ETAL

C.A. NO 06-138

# APPEARANCE

Please enter the appearance of Eric J. Stiggle, of P.O. Box 100 Somers, Ct. 06071 As being pro se please send all correspondence to the above address. DO NOT FAX any court documents to Connecticut Dept. of Correction, the plaintiff is not allowed fax mails.

By [signature]

ERIC J. STIGGLE, SR.
P.O. Box 100
Somers, Ct. 06071

# CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, to all counsel of record, postage prepaid on this 2nd day of May, 2007

Desisto Law
P.O. Box 2563
Providence, RI
02906

By [signature]
ERIC J. Stiggle, Sr
P.O. Box 100
Somers, Ct. 06071