UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Eric J. Stiggle, Sr., Plaintiff, v. Richard Tamburini, et al., Defendants. | ) | C.A. No. 06-138 S |

**ORDER**

This Court is in receipt of a letter (effectively a motion) dated April 19, 2007, from Plaintiff, Eric J. Stiggle, Sr., which requests that the Court recuse from the case. Defendants have objected to this motion for recusal.

In his motion, the Plaintiff has made statements reflecting that he misunderstood what this Court said, but which he perceives as demonstrating a bias on the part of the Court.

Unfortunately, the telephone conference with the Plaintiff was not transcribed by a court reporter, so no record exists as what was actually said by whom. While I habor no bias against the Plaintiff, and while I do not feel that my ability to continue to preside over this matter would be in any way affected by the

Plaintiff's inaccurate accusations, the perception of fairness is critically important under 28 U.S.C. § 455(a). Therefore, I hereby recuse myself from the above-entitled matter.

By Order:

[signature]

Enter:

[signature]

William E. Smith
U.S. District Judge
5/9/07