Case 1:06-cv-00138-ML-JH Document 15 Filed 10/19/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR
(Plaintiff)

VS.

RICHARD TAMBURINI, ETAL

C.A. NO. 06-138 S.

OCTOBER 16, 2006

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLY WITH DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiff, Eric J. Stiggle, Sr. Respectfully request an extension of time of sixty (60) days to comply with the Defendant's request for production of documents, he is currently in the State of Connecticut's custody, and will be released within the next sixty (60) days, and will be able to obtain requested documents at that time.

THE PLAINTIFF
BY [signature]
ERIC J. STIGGLE, SR.
245 Whalley Ave
New Haven, Ct. 06511

**ORDER**
**GRANTED, NUNC PRO TUNC.**

[signature]
**JACOB HAGOPIAN**
**SR. U.S. MAGISTRATE JUDGE**
**MAY 15, 2007**