**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ERIC J. STIGGLE, SR.**

**v.** **C.A. No. 06 - 138 S**

**RICHARD TAMBURINI, et al.**

**O R D E R**

On October 2, 2006, plaintiff filed a motion to amend his complaint pursuant to Fed. R. Civ. P. 15 (See Dckt # 10). On October 20, 2006 plaintiff filed another motion to amend his complaint pursuant to Fed. R. Civ .P. 15 (See Dckt # 21). The Court thereafter granted the October 20, 2006 motion to amend.

Accordingly, plaintiff's motion to amend, filed on October 2, 2006 (See Dckt # 20), is hereby DENIED as moot.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
May 15, 2007