Case 1:06-cv-00138-ML-JH Document 60 Filed 04/24/2007 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

V.

RICHARD TAMBURINI, ET AL.

C.A. 1:06-CV 138

PLAINTIFF'S MOTION TO TRANSFER TO CONNECTICUT U.S. DISTRICT COURT

The plaintiff respectfully moves this Court asking that this matter be transfered to the U.S. District Court in the State of Connecticut for as follows:

1. plaintiff is in the state of Connecticut's Custody and will not be able to leave the State for trial in this matter.

2. Judge Smith can not issue a fair Judgment in this matter, not after the Phone conference on April 13, 2007 when plaintiff told him that Defendants altered Video "I don't believe that Mr. Stiggle I worked with Counsel for years".

WHEREFORE: plaintiff request this matter be transfered to Connecticut.

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 5/18/07

THE PLAINTIFF
ERIC J. STIGGLE, SR.
177 Weston St
Hartford, Ct.
06120