Eric J. Stiggle
P.O. Box 100
Somers, Ct.
06071

U.S. DISTRICT COURT
Office of the Clerk
Providence, R.I.

5/30/07

Dear Clerk,

I am writing this letter for two reasons. the first being I would like to waive my right to a Jury trial in Stiggle v. Tamburini, et al. And do video Court trial before a Judge.

Also I would like to file a misconduct report on Judge Smith and Attorney K. Corcoran please send me the address to file my misconduct claim. "I am not taking civil action against Judge Smith I just want to report misconduct.

Please call Osborn Corr. Inst to set video Court date we do have the video system here.

RECEIVED

JUN 4 2007

Property of U.S. District Court
District of Rhode Island