UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

v. CA 06-138 ML

RICHARD TAMBURINI, et al.

## ORDER

This matter came before the Court for a telephone conference on June 8, 2007. The Court makes the following orders:

1. Plaintiff's request to waive trial by jury is granted.

2. A bench trial is scheduled for July 30, 2007, at 10:00 a.m. in Courtroom 1, United States Courthouse, Providence, RI.

3. If Plaintiff has not been released from custody by July 20, 2007, he shall notify the Court and counsel for Defendants as to whether he will be released in time to be physically present in Court on July 30, 2007. Plaintiff's notice shall be sent to the Court and Defendants' counsel by July 23, 2007.

4. If Plaintiff is not released from custody in time to be physically present for trial on July 30, 2007, he shall make arrangements to try the case by video conference. Plaintiff shall notify the Court and counsel for Defendants that he has made such arrangements on or before July 23, 2007.

5. Plaintiff and Defendants shall file pretrial memoranda on or before July 6, 2007.

6. Plaintiff shall submit, conventionally, a list of witnesses to the Court and counsel for Defendants by July 6, 2007.

7. Defendants shall submit, conventionally, a list of witnesses to the Court and Plaintiff by July 13, 2007.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 8 , 2007