UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC J. STIGGLE, SR.

*Plaintiff,*

vs. C.A. No. 06-138S

RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER, COLUCCI,

*Defendants.*

**ORDER**

This matter came before the Court on July 30, 2007, on the Defendants' Motion to Dismiss because the Plaintiff had not complied with the previous order of this Court dated June 8, 2007, which, in part, required the Plaintiff to notify the Court and counsel as to whether he would be physically present in Court on July 30, 2007; to make arrangements to try the case by video conference if he was not released from custody in time to be physically present for trial on July 30, 2007; to file a Pretrial Memorandum of Law by July 6, 2007, and to submit a list of witnesses to the Court and counsel for Defendants by July 6, 2007.

Having found that the Plaintiff did not comply with any of these conditions and that his demeanor during the telephone conference was rude, threatening, abusive and profane, it is hereby ORDERED:

That the Defendants' Motion to Dismiss is granted.

SO ORDERED:

Mary M. Lisi
Chief Judge
United States District Court
District of Rhode Island
August 27, 2007

Entered as an Order of this Court on August 28 , 2007.

Barbara Barletta
Deputy Clerk

CERTIFICATION

I hereby certify that the within document has been emailed to the Court on this day of August, 2007.

*/s/ Marc DeSisto*

Marc DeSisto