# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ERIC STIGGLE**

**VS.** **C.A. NO. 06-138ML**

**RICHARD TAMBURINI, WILLIAM DEMERS, THOMAS DWYER, JARED DEANGELIS, DANIEL PARRILLO, STEPHEN PELTIER AND COLUCCI**

## AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Richard Tamburini, William Demers, Thomas Dwyer, Jared DeAngelis, Daniel Parrillo, Stephen Peltier and defendant Colucci, against the plaintiff, Eric Stiggle pursuant to the Order dated August 27, 2007 GRANTING defendants' Motion to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: August 28, 2007